IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNIE E. SHROPSHIRE, #175941,**     : | |
|     **Plaintiff,**                                              : | |
|                                             : | |
| **v.**                                                                     : | **CIVIL ACTION 15-00073-KD-B** |
|                                             : | |
| **STANDARD FURNITURE CO.,**                            : | |
|     **Defendant.**                                          : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 6, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's motion to proceed without prepayment of fees (Doc. 2) is **DENIED,** this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and this action shall be counted as a strike for purposes of future IFP eligibility under Section 1915(g) in that it is malicious.

**DONE** and **ORDERED** this the **6**$^{th}$ day of **April 2015.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**